# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1174**　　　　　　　　　　　　　　　**September Term, 2022**

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP20-481-000

**Filed On: July 14, 2023** [2007877]

City of Port Isabel, et al.,

　　　　Petitioners

　　v.

Federal Energy Regulatory Commission,

　　　　Respondent

## N O T I C E

　　This case was docketed on July 10, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on July 10, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

　　The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Amanda Himes
　　　Deputy Clerk

Attachment:
　　Certified Copy of Petition for Review