# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1174**                                           **September Term, 2022**

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP20-481-000

**Filed On: July 14, 2023** [2007880]

City of Port Isabel, et al.,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

### O R D E R

The petition for review in this case was filed and docketed on July 10, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 14, 2023 |
| Docketing Statement Form | August 14, 2023 |
| Procedural Motions, if any | August 14, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 14, 2023 |
| Statement of Issues to be Raised | August 14, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | August 14, 2023 |
| Dispositive Motions, if any | August 28, 2023 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1174**                           **September Term, 2022**

     **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | August 14, 2023 |
| Procedural Motions, if any | August 14, 2023 |
| Certified Index to the Record | August 28, 2023 |
| Dispositive Motions, if any | August 28, 2023 |

It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

     The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

     Agency Docketing Statement Form
     Entry of Appearance Form
     Request to Enter Appellate Mediation Program
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases