**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| City of Port Isabel, *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>Federal Energy<br>Regulatory Commission,<br><br>*Respondent*. | No. 23-1174 |

**CORPORATE DISCLOSURE STATEMENT
OF RIO BRAVO PIPELINE COMPANY, LLC**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Rio Bravo Pipeline Company, LLC ("Rio Bravo"), a Texas limited liability company, through undersigned counsel, certifies as follows:

Rio Bravo is a wholly-owned direct subsidiary of Spectra Energy Transmission II, LLC.

**Spectra Energy Transmission II, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Partners, LP.

**Spectra Energy Partners, LP** ("Spectra Partners") is a Delaware limited partnership in which the following entities have ownership interests: Spectra Energy Partners (DE) GP, LP; Spectra Energy Southeast Supply Header, LLC; and Spectra

Energy Transmission, LLC. Spectra Energy Partners (DE) GP, LP, a Delaware limited partnership, is owned by Spectra Energy Transmission, LLC and by Spectra Energy Partners GP, LLC. Spectra Energy Partners GP, LLC**,** a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Transmission, LLC. Spectra Energy Southeast Supply Header, LLC, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Transmission, LLC.

**Spectra Energy Transmission, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Capital, LLC.

**Spectra Energy Capital, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy, LLC.

**Spectra Energy, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Enbridge (U.S.) Inc.

**Enbridge (U.S.) Inc.**, a Delaware corporation, is a wholly-owned direct subsidiary of Enbridge US Holdings Inc.

**Enbridge US Holdings Inc.**, a Canadian Federally Chartered corporation, is a wholly-owned direct subsidiary of Enbridge Inc.

**Enbridge Inc.** (TSX: ENB and NYSE: ENB), a Canadian Federally Chartered corporation, is a publicly held corporation that has no parent companies.

To our knowledge, no publicly held corporation has a 10% or greater ownership interest in Enbridge Inc.

Date:  August 9, 2023                                              Respectfully submitted,

                                                                                   */s/ Jeremy C. Marwell*

| P. Martin Teague | Jeremy C. Marwell |
| Vice President & Strategic Advisor | James T. Dawson |
| RIO BRAVO PIPELINE  COMPANY, LLC | VINSON & ELKINS LLP |
| 2701 North Rocky Point Drive | 2200 Pennsylvania Avenue, NW |
| Suite 1050 | Suite 500 West |
| Tampa, Florida 33607 | Washington, DC 20037 |
| Phone: 813.282.6605 | Phone: 202.639.6507 |
| Email: Marty.Teague@enbridge.com | Email: jmarwell@velaw.com |

James D. Seegers
Damien R. Lyster
VINSON & ELKINS LLP
845 Texas Avenue
Suite 4700
Houston, Texas 77002
Phone: 713.758.2939
Email: jseegers@velaw.com

*Counsel for Rio Bravo Pipeline Company, LLC*