**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CITY OF PORT ISABEL, THE CARRIZO COMECRUDO TRIBE OF TEXAS, SIERRA CLUB<br>　　　　Petitioners,<br><br>　v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br>　　　　Respondent.<br>_____ | )<br>)<br>)<br>)<br>)<br>)　No. 23-1174<br>)<br>)<br>)<br>)<br>)<br>) |

**STATEMENT OF INTENT TO UTILIZE
DEFERRED JOINT APPENDIX**

Petitioners state that they consent and prefer to defer filing of the appendix until after the preliminary briefs are filed pursuant to Fed. R. App. P. 30(c).

Respectfully submitted on August 14, 2023.

***/s Thomas Gosselin***
Thomas Gosselin
Sierra Club
P.O. Box 4998
Austin, TX 78765
424-346-3276
tom.gosselin@sierraclub.org
*Attorney for The Carrizo Comecrudo Tribe of Texas and Sierra Club*

*/s/ **Gilberto Hinojosa***
Gilberto Hinojosa
531 E. St. Francis St.
Brownsville, TX 78520
956-544-4218
ghinojosa@ghinojosalaw.net
*Attorney for City of Port Isabel*

# CERTIFICATE OF SERVICE

I, Thomas Gosselin, hereby certify under the penalty of perjury that on August 14, 2023, I filed the original of 1) The Agency Docketing Statement, 2) The Certificate as to Parties, Rulings, and Contested Cases, 3) Petitioner's Non-Binding Statement of Issues to be Raised, 4) The Decisions from which Appeal Arises, and 5) The Statement of Intent to Utilize Deferred Joint Appendix, via the Court's CM/ECF system, thereby causing an electronic copy to be served on all parties registered to receive notices in this case via electronic noticing.

August 14, 2023.                                   **/s/ Thomas Gosselin**
                                                   Thomas Gosselin