# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1221**             **September Term, 2022**

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP20-481-000

**Filed On: August 18, 2023** [2013112]

Vecinos para el Bienestar de la Comunidad Costera,

        Petitioner

   v.

Federal Energy Regulatory Commission,

        Respondent

## N O T I C E

This case was docketed on August 17, 2023. The Federal Energy Regulatory Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on August 17, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

            BY:   /s/
                    Laura M. Morgan
                    Deputy Clerk

Attachment:
    Certified Copy of Petition for Review