# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1174**                                                           **September Term, 2022**

**FERC-CP16-454-003**
**FERC-CP16-455-000**
**FERC-CP16-455-002**
**FERC-CP16-454-000**
**FERC-CP20-481-000**

**Filed On: August 18, 2023** [2013113]

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 23-1221

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioner(s) in case No(s). 23-1221 are directed to file the following document(s) by the indicated date(s):

    Docketing Statement Form                                   September 18, 2023

    Statement of Issues to be Raised                         September 18, 2023

                                             **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                              BY:    /s/
                                               Laura M. Morgan
                                               Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form