# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** City of Port Isabel, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1174

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ◯ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Carrizo Comecrudo Tribe of Texas

Sierra Club

### Counsel Information

Lead Counsel: Thomas Gosselin

Direct Phone: ( 424 ) 346-3276   Fax: (____) _____   Email: tom.gosselin@sierraclub.org

2nd Counsel: Nathan Matthews

Direct Phone: ( 415 ) 977-5695   Fax: (____) _____   Email: nathan.matthews@sierraclub.org

3rd Counsel: Lisa M. Diaz

Direct Phone: ( 305 ) 336-2258   Fax: (____) _____   Email: lisa.diaz@sierraclub.org

Firm Name: Sierra Club

Firm Address: 2101 Webster Street, Suite 1300, Oakland CA 94612

Firm Phone: ( 415 ) 977-5695   Fax: ( 510 ) 206-3140   Email: environmental.law@sierraclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)