# Exhibit 2

# FERC, Approval to Install Production Piles for LNG Storage Tanks 1 and 2, Accession No. 20240126-3051 (January 26, 2024)

**FEDERAL ENERGY REGULATORY COMMISSION**
WASHINGTON, D.C. 20426

OFFICE OF ENERGY PROJECTS

**In Reply Refer To**:
OEP/DLNG/LNG 1
Rio Grande LNG, LLC
Docket No. CP16-454-000

January 26, 2024

VIA Electronic Mail

David L. Wochner
Manager, Permitting & Compliance
Counsel for Rio Grande LNG, LLC
david.wochner@klgates.com

**Re:   Approval to Install Production Piles for LNG Storage Tanks 1 and 2**

Dear Mr. Wochner:

     I grant your December 7 and 8, 2023 requests for Rio Grande LNG, LLC (RGLNG) to commence installation of production piles for LNG Storage Tanks 1 and 2. Your request is consistent with Conditions 43b and 62 of the Commission's November 22, 2019 *Order Granting Authorizations Under Sections 3 and 7 of the Natural Gas Act* (Order) in the above-referenced docket. This approval is based on FERC staff review of the information filed on December 7 and 8, 2023, and January 9, 2024.

     I remind you that RGLNG must comply with all applicable remaining terms and conditions of the above referenced Order, as well as procedures stipulated in your previous filings. We also note that this approval is limited to installation of piles for LNG Storage Tanks 1 and 2, and does not grant RGLNG the ability to construct LNG storage tank concrete slab foundation, walls, roofs, or other structures. While this approval grants authorization for RGLNG to construct piles for LNG Storage Tanks 1 and 2, if design changes to the full containment tanks are necessary to satisfy Conditions 62, 78, 81, 82, 83, and 102, RGLNG would have to demonstrate that the installed piles would accommodate those design changes.

     We also note that RGLNG must also comply with any applicable Department of Transportation requirements under 49 CFR 193 subject to Department of Transportation Pipeline and Hazardous Materials Safety Administration enforcement.

      Please note that this approval does not grant RGLNG the authority to commence construction of other project facilities at the LNG terminal. Additional authorizations will be released once RGLNG has demonstrated full compliance with the conditions of the Order. Furthermore, we note that FERC staff look to continuously evaluate the safety and reliability of LNG facilities through its technical reviews and inspections, which may result in recommendations. If you have any questions regarding this approval, please contact Ilker Telci at (713) 651-4604.

                                Sincerely,

GHANSHYAM PATEL
Digitally signed by GHANSHYAM PATEL
Date: 2024.01.26 11:25:13 -05'00'

                                Ghanshyam Patel
                                Chief, LNG Branch 1

cc:    VIA Electronic Mail

Bryan Lethcoe
Director, PHMSA OPS Southwest Region
U.S. Department of Transportation
bryan.lethcoe@dot.gov

Mary McDaniel
Director (Acting), PHMSA OPS Engineering and Research
U.S. Department of Transportation
mary.mcdaniel@dot.gov

Sentho White
Director, PHMSA OPS National Center of Excellence for LNG Safety
U.S. Department of Transportation
sentho.white@dot.gov

Chad Hall
LNG Supervisor, PHMSA OPS Southwest Region
U.S. Department of Transportation
chad.hall@dot.gov

Thach D. Nguyen
Supv. General Engineer, PHMSA OPS Engineering and Research
U.S. Department of Transportation
thach.d.nguyen@dot.gov