# Exhibit 3

# FERC, Approval to Underground Firewater Piping,
# Accession No. 20240126-3053 (January 26, 2024)

**FEDERAL ENERGY REGULATORY COMMISSION**
WASHINGTON, D.C. 20426

OFFICE OF ENERGY PROJECTS

**In Reply Refer To**:
OEP/DLNG/LNG 1
Rio Grande LNG, LLC
Docket No. CP16-454-000

January 26, 2024

VIA Electronic Mail

David L. Wochner
Manager, Permitting & Compliance
Counsel for Rio Grande LNG, LLC
david.wochner@klgates.com

Re:   Approval to Install Underground Firewater Piping

Dear Mr. Wochner:

    I grant your December 19, 2023 request for Rio Grande LNG, LLC (RGLNG) to commence installing underground firewater piping for areas specified in this request. Your request is consistent with Conditions 56, 60, 64, 67, 110, and 113 of the Commission's November 22, 2019 *Order Granting Authorizations Under Sections 3 and 7 of the Natural Gas Act* (Order) in the above-referenced docket. This approval is based on FERC staff review of the information filed on December 19, 2023, and January 3 and 18, 2024.

    I remind you that RGLNG must comply with all applicable remaining terms and conditions of the above referenced Order, as well as procedures stipulated in your previous filings. We also note that this approval is limited to installation of underground firewater piping for areas specified in this request and does not grant RGLNG the ability to install other piping and appurtenances. While this approval grants authorization for RGLNG to install underground firewater piping, additional above-ground firewater and radiant heat Conditions (e.g., 100, 101, 110, and 117) still need to be satisfied which may result in modifications and/or additions to underground firewater piping and RGLNG would have to demonstrate that the installed underground pipes would accommodate those design changes.

    We also note that RGLNG must also comply with any applicable Department of Transportation requirements under 49 CFR 193 subject to Department of Transportation Pipeline and Hazardous Materials Safety Administration enforcement.

Please note that this approval does not grant RGLNG the authority to commence construction of other project facilities at the LNG terminal. Additional authorizations will be released once RGLNG has demonstrated full compliance with the conditions of the Order. Furthermore, we note that FERC staff look to continuously evaluate the safety and reliability of LNG facilities through its technical reviews and inspections, which may result in recommendations. If you have any questions regarding this approval, please contact Ilker Telci at (713) 651-4604.

Sincerely,

GHANSHYAM PATEL
Digitally signed by GHANSHYAM PATEL
Date: 2024.01.26 11:24:14 -05'00'

Ghanshyam Patel
Chief, LNG Branch 1

cc:   VIA Electronic Mail

Bryan Lethcoe
Director, PHMSA OPS Southwest Region
U.S. Department of Transportation
bryan.lethcoe@dot.gov

Mary McDaniel
Director (Acting), PHMSA OPS Engineering and Research
U.S. Department of Transportation
mary.mcdaniel@dot.gov

Sentho White
Director, PHMSA OPS National Center of Excellence for LNG Safety
U.S. Department of Transportation
sentho.white@dot.gov

Chad Hall
LNG Supervisor, PHMSA OPS Southwest Region
U.S. Department of Transportation
chad.hall@dot.gov

Thach D. Nguyen
Supv. General Engineer, PHMSA OPS Engineering and Research
U.S. Department of Transportation
thach.d.nguyen@dot.gov