# EXHIBIT A

**From:** Nathan Matthews <nathan.matthews@sierraclub.org>
**Sent:** Thursday, February 1, 2024 5:14 PM
**To:** Longstreth, John <john.longstreth@klgates.com>
**Cc:** Robert Solomon <robert.solomon@ferc.gov>; Robert Kennedy <Robert.Kennedy@ferc.gov>; Wochner, David L. <David.Wochner@klgates.com>; Seegers, James <jseegers@velaw.com>; Marwell, Jeremy <jmarwell@velaw.com>; Dawson, James <jamesdawson@velaw.com>; Jason Perkins <Jason.Perkins@ferc.gov>; Hinojosa <ghinojosa@ghinojosalaw.net>; Tom Gosselin <tom.gosselin@sierraclub.org>; Lisa Diaz <lisa.diaz@sierraclub.org>
**Subject:** Re: Mot. for stay, to expedite in D.C. Cir. Case 23-1174 (Rio Grande)

John, as part of our request to expedite, we plan to propose the changes we suggested on December 20, with no changes to the proof briefs, but:
Joint Appendix -- move from March 11 to March 8
Final Briefs -- move from March 25 to March 18

On Thu, Feb 1, 2024 at 2:00 PM Longstreth, John <john.longstreth@klgates.com> wrote:
Nathan, can you also let us know if you are seeking any expedition on the briefing schedule, and if so on what basis?
Rio Grande will oppose any requested stay.

John Longstreth
202 253 3435

On Feb 1, 2024, at 14:37, Robert Solomon <robert.solomon@ferc.gov> wrote:

Nathan, thank you. When do you intend to file, and how much time do you anticipate for responses? We are filing merits briefs in the two cases on Feb. 5 and 12. Bob

**From:** Nathan Matthews <nathan.matthews@sierraclub.org>
**Sent:** Thursday, February 1, 2024 12:11 PM
**To:** Robert Kennedy <Robert.Kennedy@ferc.gov>; Robert Solomon <Robert.Solomon@ferc.gov>; Longstreth, John L. <john.longstreth@klgates.com>; Wochner, David L. <david.wochner@klgates.com>; Seegers, James <jseegers@velaw.com>; Marwell, Jeremy <jmarwell@velaw.com>; Dawson, James <jamesdawson@velaw.com>
**Cc:** Hinojosa <ghinojosa@ghinojosalaw.net>; Tom Gosselin <tom.gosselin@sierraclub.org>; Lisa Diaz <lisa.diaz@sierraclub.org>
**Subject:** Re: Mot. for stay, to expedite in D.C. Cir. Case 23-1174 (Rio Grande)

Counsel--

Now that FERC has denied petitioners' request for an administrative stay, petitioners again intend to move for a FRAP 18 stay and to expedite the case pursuant to D.C. Circuit Handbook VIII.B. While I assume that FERC's position has not changed since December, please let me know your clients' positions on both requests.

M:\Exchange with Sierra Club Counsel re stay Feb 1.docx