FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, D.C. 20426

February 23, 2023

*<u>Via ECF</u>*

Mark Langer, Clerk of Court
United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Ave. NW, Room 5205
Washington, DC 20001

   Re:  <u>*City of Port Isabel, et al. v. FERC*</u>, Nos. 23-1174, *et al.*

      Pursuant to D.C. Circuit Handbook of Practice and Internal Procedures Sections IX.A.1, and XI.A, arguing counsel for Respondent, Robert M. Kennedy, hereby notifies the Court of scheduling conflicts for oral argument in this matter. Oral argument has not yet been scheduled in this case.

      Counsel will be traveling in May and will be unavailable for argument. The Commission therefore respectfully requests that the Court not schedule argument on or between May 20, 2024 and May 24, 2024. Thank you for your consideration.

                       Respectfully submitted,

                       <u>/s/*Robert M. Kennedy*</u>
                       Robert M. Kennedy

                       Counsel for Respondent Federal Energy
                       Regulatory Commission

cc: all counsel (via ECF)

## CERTIFICATE OF SERVICE

  I hereby certify that, on February 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

              */s/ Robert M. Kennedy*
              Robert M. Kennedy
              Senior Attorney