# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2023** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |
| | **Filed On:** March 1, 2024 |

City of Port Isabel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,
      Intervenors

------------------------------

Consolidated with 23-1221

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to stay or expedite, the responses thereto, and the reply, it is

**ORDERED** that the motion for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply in these consolidated cases:

| | |
|---|---|
| Joint Reply Brief for Petitioners | March 4, 2024 |

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2023** |

| | |
|---|---|
| Deferred Appendix | March 8, 2024 |
| Final Briefs | March 18, 2024 |

The Clerk is directed to calendar these cases for argument on the first appropriate date following the conclusion of briefing.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk