# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2023** |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP16-454-000 |
| | FERC-CP20-481-000 |
| | **Filed On: March 11, 2024** [2044400] |

City of Port Isabel, et al.,

   Petitioners

  v.

Federal Energy Regulatory Commission,

   Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,
   Intervenors

------------------------------

Consolidated with 23-1221

### O R D E R

  Upon consideration of petitioners' joint consent motion for leave to file the joint appendix out of time, and the lodged joint appendix, it is

  **ORDERED** that the motion be granted. The joint appendix submitted on March 9, 2024, is deemed timely filed.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

        BY: /s/
           Michael C. McGrail
           Deputy Clerk