# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2023** |

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP20-481-000

**Filed On: March 25, 2024** [2046533]

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,
    Intervenors

------------------------------

Consolidated with 23-1221

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be scheduled for oral argument on May 17, 2024, at 9:30 A.M. The composition of the argument panel will usually be revealed thirty days prior to the date of oral argument on the court's web site at www.cadc.uscourts.gov.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
             Michael C. McGrail
             Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)