# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** City of Port Isabel, et al.

v.

Federal Energy Regulatory Commission

**Case No:** 23-1174

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Carrizo Comecrudo Tribe of Texas

Sierra Club

Vecinos para el Bienestar de la Comunidad Costera

### Counsel Information

**Lead Counsel:** Nathan Matthews
**Direct Phone:** (415) 977-5695  Fax: (___) ___-____  **Email:** nathan.matthews@sierraclub.org

**2nd Counsel:** Eric Huber
**Direct Phone:** (303) 449-5595  Fax: (___) ___-____  **Email:** eric.huber@sierraclub.org

**3rd Counsel:**
**Direct Phone:** (___) ___-____  Fax: (___) ___-____  **Email:**

**Firm Name:** Sierra Club
**Firm Address:** 2101 Webster St., Suite 1300, Oakland, CA 94612
**Firm Phone:** (415) 977-5500  Fax: (510) 206-3140  **Email:** environmental.law@sierraclub.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system (ECF). Parties may access this filing through the Court's system.

*/s/ Eric Huber*
Eric Huber
Managing Attorney
