# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-1174**  September Term, 2023

FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP16-454-000
FERC-CP20-481-000

Filed On: May 17, 2024 [2055032]

City of Port Isabel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

      Intervenors

------------------------------

Consolidated with 23-1221

    **BEFORE:**    Chief Judge Srinivasan, and Circuit Judges Childs and Garcia

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, May 17, 2024 at 9:31 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Nathan Matthews, counsel for Petitioners.

    Robert M. Kennedy (FERC), counsel for Respondent.

    Varu Chilakamarri, counsel for Intervenor Rio Grande LNG.

    Michael R. Pincus, counsel for Intervenor Texas LNG Brownsville.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
           Anne A. Rothenberger
           Deputy Clerk