# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** City of Port Isabel, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1174, -1221

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Rio Grande LNG, LLC

### Counsel Information

Lead Counsel: Robert M. Loeb

Direct Phone: ( 202 ) 339-8475  Fax: ( 202 ) 339-8500  Email: rloeb@orrick.com

2nd Counsel: Andrew D. Silverman

Direct Phone: ( 212 ) 506-3727  Fax: ( 212 ) 506-5151  Email: asilverman@orrick.com

3rd Counsel: Geoffrey Shaw

Direct Phone: ( 213 ) 612-2459  Fax: ( 213 ) 612-2499  Email: geoffreyshaw@orrick.com

Firm Name: Orrick, Herrington & Sutcliffe LLP

Firm Address: 2100 Pennsylvania Avenue, NW, Washington, DC 20037

Firm Phone: ( 202 ) 339-8400  Fax: ( 202 ) 339-8500  Email: rloeb@orrick.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** City of Port Isabel, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 23-1174, -1221

### ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ● Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Rio Grande LNG, LLC

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

2nd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

3rd Counsel: Emily W. Villano

Direct Phone: ( 212 ) 506-3544 Fax: ( 212 ) 506-5151 Email: evillano@orrick.com

Firm Name: Orrick, Herrington & Sutcliffe LLP

Firm Address: 51 W. 52nd Street, New York, NY 10019

Firm Phone: ( 212 ) 506-5000 Fax: ( 212 ) 506-5151 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)