Nos. 23-1174(L), 23-1221

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CITY OF PORT ISABEL, et al.,
*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,
*Respondent*,

RIO BRAVO PIPELINE COMPANY, LLC, and
RIO GRANDE LNG, LCC,
*Respondent-Intervenors*.

_____

On Petition for Review of Orders of the Federal Energy Regulatory Commission, 183 FERC ¶ 61,046 (Apr. 21, 2023) and 185 FERC ¶ 61,080 (Oct. 27, 2023)

_____

**NOTICE OF WITHDRAWAL OF VARU CHILAKAMARRI, TIMOTHY FURDYNA, JOHN LONGSTRETH, AND DAVID WOCHNER AS COUNSEL FOR RESPONDENT-INTERVENOR RIO GRANDE LNG, LLC**

_____

Please take notice that Varu Chilakamarri, Timothy Furdyna, John Longstreth, and David Wochner withdraw their appearance as counsel for Respondent-Intervenor Rio Grande LNG, LLC in the above captioned matter.

Robert Loeb, Andrew Silverman, Geoffrey Shaw, and Emily Villano have entered appearances and will remain counsel for Rio Grande LNG, LLC.

Respectfully submitted,

*/s/ Varu Chilakamarri*
Varu Chilakamarri
Timothy Furdyna
John Longstreth
David L. Wochner

K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
Phone: (202) 778-9165
Email:  varu.chilakamarri@klgates.com

*Counsel for Rio Grande LNG, LLC*

August 21, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit using the appellate CM/ECF system and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

/s/ Varu Chilakamarri
Varu Chilakamarri

K&L Gates LLP
1601 K Street, N.W.
Washington, DC  20006
Phone: (202) 778-9165
Email: varu.chilakamarri@klgates.com