# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1174**                            **September Term, 2024**

FERC-CP16-454-000
FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP20-481-000

**Filed On:** September 10, 2024

City of Port Isabel, et al.,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

       Intervenors

------------------------------

Consolidated with 23-1221

**BEFORE:** Srinivasan, Chief Judge; and Childs and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions for a 30-day extension of time within which to file a petition for rehearing or petition for rehearing en banc filed by intervenors Rio Grande LNG, LLC and Rio Bravo Pipeline Company, LLC, the joint opposition thereto, and the reply, it is

**ORDERED** that the motions be granted. Any petitions for rehearing are now due by October 21, 2024.

### Per Curiam

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                            BY:    /s/
                                    Daniel J. Reidy
                                    Deputy Clerk