ORAL ARGUMENT HELD ON MAY 17, 2024
DECISION ISSUED ON AUGUST 6, 2024

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CITY OF PORT ISABEL, et al., *Petitioners*, <br><br> v. <br><br> FEDERAL ENERGY REGULATORY COMMISSION, *Respondent*, <br><br> RIO BRAVO PIPELINE COMPANY, LLC, et al., *Respondent-Intervenors*. | No. 23-1174 (consolidated with No. 23-1221) |

**AMENDED CORPORATE DISCLOSURE STATEMENT
OF RIO BRAVO PIPELINE COMPANY, LLC**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Rio Bravo Pipeline Company, LLC ("Rio Bravo"), a Texas limited liability company, through undersigned counsel, certifies as follows:

Rio Bravo is a wholly-owned subsidiary of Rio Bravo Holdings, LLC.

**Rio Bravo Holdings, LLC**, a Delaware limited liability company, is a wholly-owned subsidiary of Rio Bravo InvestCo, LLC.

**Rio Bravo InvestCo, LLC**, a Delaware limited liability company, is a wholly-owned subsidiary of WPC Parent, LLC.

**WPC Parent, LLC** is a Delaware limited liability company in which the following entities have ownership interests: WhiteWater Whistler Holdings, LLC; Enbridge Holdings (Multiply), LLC; and MPLX Delaware Basin LLC.

**WhiteWater Whistler Holdings, LLC**, a Delaware limited liability company, is a wholly owned subsidiary of ISQ Whistler Holdings (Parent), LLC. To our knowledge, no publicly held corporation has a 10% or greater ownership interest in ISQ Whistler Holdings (Parent), LLC.

**Enbridge Holdings (Multiply), LLC**, a Delaware limited liability company, is a wholly-owned subsidiary of Spectra Energy Transmission II, LLC.

**Spectra Energy Transmission II, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Partners, LP.

**Spectra Energy Partners, LP** ("Spectra Partners") is a Delaware limited partnership in which the following entities have ownership interests: Spectra Energy Partners (DE) GP, LP; Spectra Energy Southeast Supply Header, LLC; and Spectra Energy Transmission, LLC. Spectra Energy Partners (DE) GP, LP, a Delaware limited partnership, is owned by Spectra Energy Transmission, LLC and by Spectra Energy Partners GP, LLC. Spectra Energy Partners GP, LLC**,** a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy

2

Transmission, LLC. Spectra Energy Southeast Supply Header, LLC, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Transmission, LLC.

**Spectra Energy Transmission, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy Capital, LLC.

**Spectra Energy Capital, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Spectra Energy, LLC.

**Spectra Energy, LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of Enbridge (U.S.) Inc.

**Enbridge (U.S.) Inc.**, a Delaware corporation, is a wholly-owned direct subsidiary of Enbridge US Holdings Inc.

**Enbridge US Holdings Inc.**, a Canadian Federally Chartered corporation, is a wholly-owned direct subsidiary of Enbridge Inc.

**Enbridge Inc.** (TSX: ENB and NYSE: ENB), a Canadian Federally Chartered corporation, is a publicly held corporation that has no parent companies. To our knowledge, no publicly held corporation has a 10% or greater ownership interest in Enbridge Inc.

**MPLX Delaware Basin LLC**, a Delaware limited liability company, is a wholly owned-direct subsidiary of MPLX Operations LLC.

**MPLX Operations LLC**, a Delaware limited liability company, is a wholly-owned direct subsidiary of MPLX LP.

**MPLX LP** (NYSE: MPLX), a Delaware limited partnership, is a publicly held limited partnership, in which Marathon Petroleum Corporation has a 10% or greater ownership interest. To our knowledge, no other publicly held corporation has a 10% or greater ownership interest in MPLX LP.

Date: October 21, 2024

Respectfully submitted,

*/s/ Jeremy C. Marwell*

Jeremy C. Marwell
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Rio Bravo Pipeline Company, LLC*

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that on October 21, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Date: October 21, 2024

*/s/ Jeremy C. Marwell*
Jeremy C. Marwell
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037
Phone: 202.639.6507
Email: jmarwell@velaw.com

*Counsel for Respondent-Intervenor*
*Rio Bravo Pipeline Company, LLC*