# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1174**                                                        **September Term, 2024**

FERC-CP16-454-000
FERC-CP16-454-003
FERC-CP16-455-000
FERC-CP16-455-002
FERC-CP20-481-000

**Filed On:** October 23, 2024

City of Port Isabel, et al.,

      Petitioners

   v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,
              Intervenors

------------------------------

Consolidated with 23-1221

**O R D E R**

    Upon consideration of the petitions for rehearing en banc filed by intervenors for Respondent Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC, it is

    **ORDERED**, on the court's own motion, that within 15 days of the date of this order, petitioners and respondent file responses to the petitions for rehearing en banc. Each response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the responses will not be accepted for filing.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                BY:    /s/
                                         Daniel J. Reidy
                                         Deputy Clerk