# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2024** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |
| | **Filed On:** November 5, 2024 |

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

    Intervenors

------------------------------

Consolidated with 23-1221

    **BEFORE:**   Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of respondent's unopposed motion for 30-day extension of time to respond to the petitions for rehearing, it is

**ORDERED** that the motion be granted. Any responses are now due by December 9, 2024.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

        BY:   /s/
                Daniel J. Reidy
                Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.