# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2024** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |

**Filed On:** November 12, 2024

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

    Intervenors

------------------------------

Consolidated with 23-1221

    **BEFORE:**   Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of the motion for invitation to file an *amicus curiae* brief in support of intervenor Rio Grande LNG, LLC's petition for panel rehearing and rehearing en banc, filed by Brownsville Navigation District of Cameron County, Texas, and the lodged *amicus curiae* brief, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged *amicus curiae* brief.

### Per Curiam

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                       BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk

\* Circuit Judge Henderson did not participate in this matter.