Case No. 23-1174 (consolidated with 23-1221)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CITY OF PORT ISABEL, ET AL.,
Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,
Respondent,

RIO BRAVO PIPELINE COMPANY, LLC AND RIO GRANDE LNG, LLC,
Respondent-Intervenors.

On Petition for Review of Orders of the Federal Energy Regulatory Commission, 183 FERC ¶ 61,046 (Apr. 21, 2023) and 183 FERC ¶ 61,047 (Apr. 21, 2023)

## MOTION OF MARK C. WILLIAMS TO WITHDRAW AS COUNSEL

Nicole A. Saharsky
Mark C. Williams
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000
*Counsel for ITOCHU Corporation*

Mark C. Williams respectfully requests leave to withdraw as counsel for amicus curiae ITOCHU Corporation in these consolidated matters because he will shortly be departing Mayer Brown LLP. ITOCHU Corporation will continue to be represented by Nicole A. Saharsky of Mayer Brown LLP, who has already entered an appearance in these matters.

Date: November 15, 2024                    Respectfully submitted,

*/s/ Nicole A. Saharsky*
Nicole A. Saharsky
Mark C. Williams
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3000

*Counsel for ITOCHU Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 15, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to the attorneys of record in this matter, who are registered with the Court's CM/ECF system.

*/s/ Nicole A. Saharsky*
Nicole A. Saharsky

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I certify the following: This Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 52 words. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), because this Motion has been prepared in a proportionately spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Nicole A. Saharsky*
Nicole A. Saharsky