# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 23-1174** | **September Term, 2024** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |
| | **Filed On:** December 10, 2024 |

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

    Intervenors

------------------------------

Consolidated with 23-1221

**BEFORE:** Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motions for invitation to participate as amici curiae in support of respondent intervenors' petitions for panel rehearing and rehearing en banc, and the lodged briefs amici curiae, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged amici briefs.

### Per Curiam

           **FOR THE COURT:**
           Mark J. Langer, Clerk

BY:    /s/
           Daniel J. Reidy
           Deputy Clerk

*Circuit Judge Henderson did not participate in this matter.