# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2024** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |
| | **Filed On:** March 18, 2025 |

City of Port Isabel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

      Intervenors

------------------------------

Consolidated with 23-1221

      **BEFORE:**    Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

      Upon consideration of intervenors' joint motion for leave to file a reply in support of the petitions for rehearing or rehearing en banc, the joint opposition thereto, and the lodged joint reply, it is

      **ORDERED** that the motion for leave to file a reply be denied. The clerk is directed to note the docket accordingly.

### Per Curiam

                                     **FOR THE COURT:**
                                     Clifton B. Cislak, Clerk

                         BY:    /s/
                                     Daniel J. Reidy
                                     Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.