# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1174** | **September Term, 2024** |
| | FERC-CP16-454-000 |
| | FERC-CP16-454-003 |
| | FERC-CP16-455-000 |
| | FERC-CP16-455-002 |
| | FERC-CP20-481-000 |

**Filed On:** March 18, 2025

City of Port Isabel, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

    Intervenors

------------------------------

Consolidated with 23-1221

    **BEFORE:** Srinivasan, Chief Judge; Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of the petitions of intervenors for respondent Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC for rehearing en banc, filed October 21, 2024; the responses thereto; the 28(j) letters; and the issuance today of an opinion and an amended judgment, it is

**ORDERED** that the petitions for rehearing en banc be dismissed as moot.

### Per Curiam

                  **FOR THE COURT:**
                  Clifton B. Cislak, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.