# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-1174** <br> **No. 23-1175** | **September Term, 2024** |
| | FERC-CP16-454-000 <br> FERC-CP16-454-003 <br> FERC-CP16-455-000 <br> FERC-CP16-455-002 <br> FERC-CP20-481-000 |
| | **Filed On:** March 18, 2025 |

City of Port Isabel, et al.,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC,

      Intervenors

------------------------------

Consolidated with 23-1221

| | |
|---|---|
| **No. 23-1175** | **September Term, 2024** |
| | FERC-CP16-116-002 |

City of Port Isabel and Sierra Club,

      Petitioners

    v.

Federal Energy Regulatory Commission,

      Respondent

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1174**                                                   **September Term, 2024**
**No. 23-1175**

-----------------------------

Texas LNG Brownsville, LLC,
           Intervenor

-----------------------------

Consolidated with 23-1222

      **BEFORE:**   Srinivasan, Chief Judge; and Childs and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petitions of intervenors for respondent Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC for panel rehearing, filed October 21, 2024, and October 29, 2024, in case No. 23-1174, and the responses thereto; the petition of intervenor for respondent Texas LNG Brownsville, LLC for panel rehearing, filed October 21, 2024, in case No. 23-1175, and the responses thereto; and the 28(j) letters, it is

**ORDERED** that the petitions be granted in part and these cases be remanded to the Commission without vacating its orders, in accordance with the opinion issued herein this date.

The Clerk is directed to issue an amended judgment.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                      BY:   /s/
                             Daniel J. Reidy
                             Deputy Clerk