# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-1174**  **September Term, 2024**
FILED ON: MARCH 18, 2025

CITY OF PORT ISABEL, ET AL.,
    PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
    RESPONDENT

RIO BRAVO PIPELINE COMPANY, LLC AND RIO GRANDE LNG, LLC,
    INTERVENORS

---

Consolidated with 23-1221

**No. 23-1175**  **September Term, 2024**

CITY OF PORT ISABEL AND SIERRA CLUB,
    PETITIONERS

v.

FEDERAL ENERGY REGULATORY COMMISSION,
    RESPONDENT

TEXAS LNG BROWNSVILLE, LLC,
    INTERVENOR

---

Consolidated with 23-1222

On Petitions for Review of Orders of the
Federal Energy Regulatory Commission

Before: SRINIVASAN, *Chief Judge*, CHILDS and GARCIA, *Circuit Judges*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-1174**  
**No. 23-1175**
　　　　　　　　　　　　　　　　　　**September Term, 2024**

## A M E N D E D   J U D G M E N T

　　These causes came to be heard on the petitions for review of orders of the Federal Energy Regulatory Commission, and were argued by counsel.  On consideration thereof and of the petitions for panel rehearing of intervenors for respondent Rio Bravo Pipeline Company, LLC and Rio Grande LNG, LLC, in case No. 23-1174, and Texas LNG Brownsville, LLC, in case No. 23-1175, the responses thereto, and the 28(j) letters, it is

　　**ORDERED** and **ADJUDGED** that the petitions be granted in part and these cases be remanded to the Commission without vacating its orders, in accordance with the opinions of the court filed August 6, 2024 and March 18, 2025.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**  
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　BY:　　/s/  
　　　　　　　　　　　　　　　　　　Daniel J. Reidy  
　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: March 18, 2025

Opinion filed by Circuit Judge Garcia.  
Opinion filed by Circuit Judge Garcia on August 6, 2024.